IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIM WEBB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:05cv0214 |
| WILSON COUNTY BOARD OF EDUCATION, | ) ) Judge Thomas A. Wiseman, Jr. |
| Defendant. | ) ) |

## ORDER

For the reasons set forth in the separate Memorandum Opinion accompanying this Order, the Court hereby **GRANTS** Defendant Wilson County Board of Education's pending Motion for Summary Judgment (Doc. No. 20). Plaintiff's claims are **DISMISSED** in their entirety.

It is so **ORDERED.**

This is a final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge